```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

    JAN 0 2 2018

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Jacque Jeff Dazen,<br><br>　　　　　Defendant. | CR-18-08000-PCT-DLR (DKD)<br><br>**REDACTED INDICTMENT**<br><br>VIO:<br>　18 U.S.C. §§ 1153, 2241(a) and<br>　2246(2)(A)<br>　(CIR - Aggravated Sexual Abuse)<br>　Count 1<br><br>　18 U.S.C. §§ 1153, 1201(a) and<br>　3559(f)(2)<br>　(CIR - Kidnap)<br>　Count 2 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about October 13, 2017, in the District of Arizona, within the confines of the Fort Apache Indian Reservation, Indian Country, the defendant, JACQUE JEFF DAZEN, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, by using force against her and by threatening and placing her in fear that she would be subjected to death, serious bodily injury and kidnapping. The sexual act involved contact between the defendant's penis and the victim's vulva.

In violation of Title 18, United States Code, Sections 1153, 2241(a) and 2246(2)(A).

### COUNT 2

On or about October 13, 2017, in the District of Arizona, within the confines of the Fort Apache Indian Reservation, Indian Country, the defendant, JACQUE JEFF DAZEN,

an Indian, did unlawfully seize, confine, kidnap, abduct, and/or carry away and hold for ransom or reward or otherwise Jane Doe, an individual who had not attained 18 years of age.

In violation of Title 18, United States Code, Sections 1153, 1201(a), and 3559(f)(2).

A TRUE BILL

_s/_
FOREPERSON OF THE GRAND JURY
Date: January 2, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

_s/_
ANTHONY W. CHURCH
Assistant U.S. Attorney